*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

I. CAPTION

WILLIAM OMAR MEDINA
*(Enter the full name of the plaintiff or plaintiffs)*

v.

ALFRED HALLMAN L.C.P Food Admintration Supervisor/TRINITI
L.C.P Administrator Douglas Mette
Warden Russell, Kyle
*(Enter the full name of the defendant or defendants)*

II. PARTIES

a. Plaintiff
   Full name: WILLIAM OMAR MEDINA
   Prison Identification number: # 73276
   Place of present confinement: Lehigh County Prison
   Address: 38 N. 4th Street Allentown PA

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   Kitchen Pod 3B/Line Worker at 38 N.4th St Allentown PA

   *Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.*

b. Defendants: *(list only those defendants named in the caption of the complaint, section I)*

   1. Full name including title: ALFRED HALLMAN
      Place of employment and section or unit: L.C.P Food Supervisor

   2. Full name including title: Douglas Mette
      Place of employment and section or unit: L.C.P Administrator

   3. Full name including title: Warden Russell, Kyle
      Place of employment and section or unit: Warden of L.C.P

   4. Full name including title: _____
      Place of employment and section or unit: _____

   *Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.*

2

## III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

Plaintiffs **WILLIAM MEDINA**

Defendants _____

Issues: **Cruel and unusual Punishment**

Court: if federal, which district? **Easter District of PA**

if state, which county? **Lehigh County**

Docket number: **16-6404** Date filed: **N/A**

Name of presiding judge: **NA**

Disposition: (check correct answer(s)): Date: **N/A**

Dismissed **✓** Reason? **Address Changed**

Judgment ____ In whose favor? _____

Pending ____ Current status? _____

Other ____ Explain _____

Appeal filed? ____ Current status? _____

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

3

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

   *Type of procedure. (grievance, disciplinary review, etc.)*
   Grivance, Roquest Slip,

   *Authority for procedure. (DC-ADM, inmate handbook, etc.)*
   Inmate handbook

   *Formal or informal procedure.*

   *Who conducts the initial review?* Douglas Mette and Warden Russell, Kyle

   *What additional review and appeals are available?* Grievance to Warden which in return was denied

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

   *On what date did you request initial review?* 8-1-19

   *What action did you ask prison authorities to take?* Review camera's talk to individuel's listed on request who were present.

   *What response did you receive to your request?* "You already work in the kitchen you will not be removed from this Job-

   *What further review did you seek and on what dates did you file the requests?* Talked to Supervisor of kitchen Rich on October 28, 2018 regarding sexual harrassment.

   *What responses did you received to your requests for further review?*
   I was written up by Alfred Hallman on 10.31.19 Warden Claimed I wasn't at risk of imminent Sexual Abuse on 12/20/19 and Douglas Mette on 12/5/19.

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?
   I did Follow every proceedure and was denied by administration and wrote the District Attorney to file charges agaist Alfred Hallman

4

## V. STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim: Violation OF 4TH & 8TH Amendment regarding when I complained to supervisor Rich supervisor of PREA @ kitchen on 10/27/19 Before that I wrote a request to Megan (Orch) on 8-1-19 she is Case Manager of 3B Pod worker's unit. She denied me removal of Job; Thus denying me to be protected from being sexually and verbally harrassed. Alfred Hallman continued to Sexually harrass me in front of coworker Inmates thinking it was a joke while verbally and mentally abusing me. Calling me numb nuts everyday and then inviting me to suck his dick on 10/27/19 I've suffered Emotional distress reported to mental health and Increased of Symbolta axiety medication the Punitive Damage of Mental health has effected me and left me Mentally scared. Staff has abused their power violating Constitution of Cruel and unusual punishment by not getting me help and writting me up as revenge for reports

## VI. RELIEF

*Instructions: Briefly state exactly what you want the Court to do for you.*

Relief sought: Charges brought against Alfred Hallman For PREA compensation of Punitive damages of Mental health, Depression and axienty a'nd Emotional distress cost For Pain and suffering due to Abuse of power and Cruel and unusual punishment.

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

3 · 1 · 2020
DATE

William Molina
SIGNATURE OF PLAINTIFF(S)

| PART I | LEHIGH COUNTY DEPARTMENT OF CORRECTIONS | MISCONDUCT REPORT |
|---|---|---|

| FACILITY | LOCATION | DATE: | TIME: 24 HR. BASE | REPORT NUMBER |
|---|---|---|---|---|
| LCJ | KITCHEN | 10/31/19 | 0915 | L19.205 |

| INMATE NAME | ID NUMBER | QUARTERS |
|---|---|---|
| William Medina | 73276 | 3B-22-2 |

| OTHER INMATES INVOLVED | NUMBER | WITNESSES |
|---|---|---|
| | | |

**CITED CHARGE(S)**

~~DISRESPECT TO STAFF~~

Refusing To Obey Verbal Order
Disruption with orderly Running of
The Institution.

**CATEGORY - SUPERVISOR ONLY**

| MAJOR [ ] | MINOR [ ] |
| MAJOR [X] | MINOR [ ] |
| MAJOR [ ] | MINOR [ ] |
| MAJOR [ ] | MINOR [ ] |
| MAJOR [ ] | MINOR [ ] |

**Staff member's version**

William Medina #73276 Told me I wasn't doing my Job. I have to tell him 10 Times before he does what I want.

He Disrupts The Kitchen while Food line is Running. He is always talking loudly.

He cannot stay in his work area always roaming around Kitchen.

**REPORTING STAFF PERSON (print name)** Alfred Hallman (Signature)

**IMMEDIATE ACTION TAKEN**
Suspended from inmate Job

**Approved by supervisor**
Print: Lt Duse
Signature: LT

**HEARING ACTION FORM & INMATE VERSION FORM** Given ___ TIME: 1235 DATE: 10-31-19 BY: CO

Al alcance al pedirlo    Translation requested? Yes (No)    Translated? Yes (No)

# INMATE FORMAL GRIEVANCE, PART II

**STAFF USE ONLY**
GRIEVANCE #: 19-0443

**INMATE NAME:** WILLIAM MEDENA  **INMATE #:** 73276  **DATE:** 12-12-19

**C. Grievance is:** ☐ Upheld  ☐ Denied  ☒ Rejected  ☐ Other

**D. Findings:**

Per the Inmate Grievance Policy, your Grievance is rejected for addressing multiple issues in the grievance. In addition, Misconducts are non-grievable issues and follow a separate appeal process. Furthermore, you failed to properly complete Part B of your Grievance. You also submitted your Grievance past the allotted 21 Calendar days from the event date that triggered your grievance. However, your grievance was investigated by a Supervisor and this Grievance Coordinator. The Conclusion of the investigation is that your claim of Kitchen Supervisor/ Al Hallman Sexually harassing is Unsubstantiated.

**Investigating Staff signature:** _____  **Date:** _____

**Grievance Coordinator signature:** Douglas Metts  **Date:** 12-12-19

**E. Appeal:** If appealing above decision, use Pink copy and send it to Warden. Provide the reason why you are appealing the above decision. Include all facts. You cannot exceed the space below and one additional one-sided 8½" x 11" piece of paper. See Policy 3.5.1.J., Inmate Grievances, for more information.

Inmate signature/Date

White copy-Grievance Coordinator  Yellow copy-Findings to Inmate  Pink copy-Inmate Appeal  Gold copy-Inmate

| Part II B | LEHIGH COUNTY Department of Corrections | MISCONDUCT INMATE VERSION |
|---|---|---|

| INMATE NAME (Nombre del encarcelado) | ID NUMBER: (numero) | REPORT # |
|---|---|---|
| William Medina | 73276 | L19,205 |

You have been charged with a misconduct. This form is intended to give you the opportunity to prepare your version of the incident prior to the hearing.

If presented at the time of your hearing, this form will be attached to all other related misconduct forms and retained as part of your permanent record.

Usted ha sido acusado de una mala conducta. Este formulario es con la intencion de darle la oportunidad para que prepare su version del incidente de su audiencia.

Si es presentado en el momento de su audiencia, este formulario sera mantenido con todos los otros formularios relacionados de mala conducta y retenido como parte de su record permanente.

During hours of 5am - 9:15 I can be seen working on Camera on 10-3-19, I actually never stopped working, I had advised Al Hallman to get us work release platic trays after setting up line with beans and Macaroni. Mr. Hallman is known to all Inmates to be Disrespectful, unprofessional and abusing his authority due to being Miserable at age of 77 yrs old towards us. I simply asked him to get us work release trays from office and he spazzed out and said "You telling me to do my job" Flipped the box of different trays, seen there was no trays and told me I had to go up. I went up with no argument and advised the co. to be a witness if anything. However this man is lying on me as Camera's will show I never refused to work. I had been working since 5:30 when we got there, and I had no intention of atrium in Disruptions the line as he lied on this misconduct, and my three co workers will attest to the truth. Moreover the Camera's will show I never stopped working. I give this Man upmost respect and as you can see he crossed of that charge BC he knew he would lie, and I give him a helping hand w/ anything heavy due to blessing.

William Medina

| Inmate's Signature (Firma del encarcelado) | Date (fecha) | Hearing Board Chairperson |
|---|---|---|

Form No. PART IIB 05.18

| Part II A | | LEHIGH COUNTY Department of Corrections | | HEARING ACTION FORM | |
|---|---|---|---|---|---|
| **FACILITY** LCJ | **LOCATION** kitchen | **INCIDENT DATE** 10/31/19 | **TIME: 24 hour base** 0915 | **REPORT NUMBER** L19.205 | |
| **INMATE NAME** William Medina | | | **ID NUMBER** 73276 | **HEARING DATE** __/__/__ | |

Tracucción en Español de este formulario esta disponible.

You have been charged with a misconduct. You have options regarding the number of persons involved in resolving your hearing, appeal opportunity, representation and witnesses. This form must be completed and presented to your Housing Unit Officer within 24 hours after the misconduct was served if you are requesting any of the options cited below.

### HEARING FORMAT:

☐ I request a hearing in front of the Hearing Board Chairperson alone. I understand that I will have the opportunity to submit an appeal for further consideration of any findings or sanctions imposed. My hearing will normally be held within six business days.

** By taking no action (not checking off the box above, or not submitting this form) your hearing will be conducted by the Hearing Board Chairperson alone.

☑ I request a hearing in front of a three-member committee. I understand that by selecting this option I have no opportunity to appeal the findings of the committee. My hearing will normally be held within ten business days.

### ASSISTANCE:

☑ I request the assistance of __C.O. Odonnel__

** The person requested must be willing to assist you.

### WITNESSES:

You may request up to three witnesses. State the relevance and importance of the testimony the witness will give.

1. Name of Witness: Kwasi Kirton 113355
Why is this person's testimony relevant and important? 17355
I'am always working as witness will attest, However this man is 77yrs old and is lying as CO and Inmate will attest I only asked for trays

DO NOT WRITE IN THIS SECTION
Witness permitted? If not, why not?

2. Name of Witness: Ismael Soto 0192947
Why is this person's testimony relevant and important?
Camera's will show us working entire shift I asked for trays and was lied on in misconduct as camera's will prove.

Witness permitted? If not, why not?
Kelley, James Martin

3. Name of Witness: Casey Rowedder 19852
Why is this person's testimony relevant and important?
Co worker will attest to truth about Al Hakim's CO and disrespect simply asked for trays and I was sent up.

Witness permitted? If not, why not?
Walker Elijah Marcel

Allen Brown

**Inmate's Signature**

C      F

**Housing Unit Officer Signature**   **Time/Date**   **Hearing Board Chairperson Signature**

Form IIA 03/2018

| PART II | LEHIGH COUNTY DEPARTMENT OF CORRECTIONS | MISCONDUCT HEARING REPORT |
|---|---|---|

| FACILITY | LOCATION/local | INCIDENT DATE: | TIME: 24 HR. BASE | REPORT NUMBER |
|---|---|---|---|---|
| LC | Kitchen | 10/31/19 | 1815 | 1905- |

| INMATE NAME/nombre del encarcelado | NUMBER/numero | HEARING DATE |
|---|---|---|
| William Medina | 13276 | 11/14/19 |

**CHARGES/cargo de mala conducta** — **PLEA/contesar al cargo**

Refuse Order — Not Guilty
Disruption — Not Guilty

**INMATE'S VERSION/version del encardaiado**

I was working the whole time.

I didn't disrespect him at all

I told him I needed black trays, and

he said up, dont ~~~~ tell me what to do

And then told me to go upstairs

- See Inmate Version

**HEARING BOARD MEMBERS**
Lt. Lange — Chairperson
Tracy Kester — TACM
Wanda Perez — Secretary

**STAFF MEMBER FILING CHARGES**
Alfred Holloway

William Omar Medina #73276
LEHIGH COUNTY PRISON
38 NORTH 4TH STREET
ALLENTOWN, PA 18102

3/20

U.S.M.S.
X-RAY

KATE BARKMAN
UNITED STATES DISTRICT CT.
EASTERN DISTRICT OF P.A.,
2609 U.S. courthouse
601 MARKET STREET
Philadelphia, P.A. 19106-1797



191081796 C019