**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM OMAR MEDINA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  20-2426** |
| | : | |
| **ALFRED HALLMAN,** *et al.* | : | |

# ORDER

**AND NOW**, this 30th day of June 2020, upon considering Plaintiff William Medina's amended Complaint (ECF Doc. No. 11) and our May 28, 2020 Order granting leave to proceed *in forma pauperis* (ECF Doc. No. 7) and following screening of the amended Complaint to determine whether it may state a claim for retaliation, it is **ORDERED**:

1.    The amended Complaint (ECF Doc. No. 11) is **DEEMED** filed;

2.    The Clerk of Court shall issue summonses.

3.    Service of the summonses and the Amended Complaint (ECF Doc. No. 11) shall be made upon Defendants by the U.S. Marshals Service.

4.    Mr. Medina will be required to promptly complete USM-285 forms so the Marshals can serve the Defendants.  Failure to complete those forms may result in dismissal of this case.

5.    All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court.  Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*).  Service may be made by mail.  Proof that service has been made is provided by a certificate of service.  The certificate of service should be filed in the case along with the original papers and should show the day and manner of service.  An example of a certificate of service by mail follows:

> "I,  (name), do hereby certify that a true and correct copy
> of the foregoing (name of pleading or other paper) has
> been served upon (name(s) of person(s) served) by

placing the same in the U.S. mail, properly addressed,
this (day) of (month), (year).

_____
   (Signature)"

6.      Requests for court action must be made by a motion, properly filed and served.  The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court.  The Federal Rules of Civil Procedure, Local Rules and our Policies are to be followed.  Mr. Medina is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions under our Policies and Orders.  Failure to do so may result in dismissal.  All parties are required to follow this Court's Policies and Procedures in effect at the time of the anticipated action ("Policies") and Default Order on Electronic Discovery found at www.paed.uscourts.gov;

7.      Mr. Medina is specifically directed to comply with our Policies and Local Rule 26.1(f) which provides "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute."  Mr. Medina shall attempt to resolve any discovery disputes by contacting Defendants' counsel directly by telephone or through correspondence;

8.      No direct communication is to take place with the District Judge or United States Magistrate Judge about this case.  All relevant information and papers are to be directed to the Clerk of Court;

9.      In the event a summons is returned unexecuted, it is Mr. Medina's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the Defendant's correct address, so service can be made; and,

10.     The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in Court Orders or other information not being timely delivered, which could affect the parties' legal rights.

**KEARNEY, J.**