IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM OMAR MEDINA | : CIVIL ACTION |
| v. | : NO. 20-2426 |
| ALFRED HALLMAN, *et al.* | : |

## ORDER

AND NOW, this 22nd day of September 2020, upon considering Defendants' Motion to dismiss (ECF Doc. No. 19) the amended Complaint (ECF Doc. No. 11), with no timely opposition, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 19) is **GRANTED in part** and **DENIED in part**:

1. Defendants' Motion (ECF Doc. No. 19) is **GRANTED** without prejudice as to all claims for cruel and unusual punishment and all claims against the Prison Administrator Douglas Mette and the Warden Kyle Russell; and,

2. Defendants' Motion (ECF Doc. No. 19) is **DENIED** as to his First Amendment retaliation claim against Alfred Hallman requiring Alfred Hallman answer the amended Complaint on or before **October 13, 2020**.

KEARNEY, J.