# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM OMAR MEDINA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2426 |
| | : | |
| ALFRED HALLMAN | : | |

# ORDER

**AND NOW**, this 31st day of December 2020, upon considering Defendant Hallman's Motion to dismiss and Motion to strike (ECF Doc. No. 38) the *pro se* Plaintiff's amended Complaint (ECF Doc. No. 37), upon finding the amended Complaint does not state a claim or cause of action but seemingly pleads additional facts possibly relevant to his existing claims, and consistent with our screening obligations under 28 U.S.C. § 1915(e)(2)(B) while mindful of our obligation to liberally construe *pro se* allegations, it is **ORDERED** Defendant Hallman's Motion (ECF Doc. No. 38) is **GRANTED in part** and **DENIED in part:**

1. We **strike** the proposed second amended Complaint (ECF Doc. No. 37) as not sufficiently pleading new claims but not precluding evidence relating to the allegations should they be admissible at trial; and,

2. We **deny** Defendant's request for dismissal and the parties shall proceed under the amended Complaint and Answer (ECF Doc. Nos. 11, 27) consistent with our November 3, 2020 Order (ECF Doc. No. 33).

_____
**KEARNEY, J.**