**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM OMAR MEDINA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  20-2426** |
| | : | |
| **ALFRED HALLMAN** | : | |

# ORDER

    **AND NOW**, this 25th day of February 2021, upon considering our January 14, 2021 Order referring this matter to the Prisoner Civil Rights Panel (ECF Doc. No. 45) and noting no counsel has volunteered, it is **ORDERED** we **remove** this matter from the Prisoner Civil Rights Panel and shall proceed with discovery under our January 14, 2021 Order (ECF Doc. No. 45).

**KEARNEY, J.**