IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM OMAR MEDINA | : CIVIL ACTION |
| v. | : No. 20-2426 / Filed 5/27/2021 |
| ALFRED HALLMAN; ET AL<br>LEHIGH CO. ADMINISTRATION<br>Kyle Russell | : "INDIVIDUALS & CAPACITY" |

### AMENDED COMPLAINT & EXTEND SUMMARY JUDGEMENT DEADLINE

Pursuant to Fed. R. Civ. P. 7(b) and this Court's Policies and Procedures Section I(A), Petitioner, WILLIAM MEDINA respectfully requests The Lehigh Co. Administration Kyle Russell and responsible parties be added for Denial of Full Access to Courts by Means of denying LAW LIBRARY on 5-27-2021 of tablets to all inmates on unit 2-C at Lehigh Co. Prison, Furthermore limited time of 2HRS on everyday of Excercise time of Showers Phone Calls, Video Calls & LAW LIBRARY TIME!

1. There is a Current logjam of Criminal Matters due to the pandemic. These Criminal Matters require the usuage of limited rooms, with limited telephone and poor internage usuge thus leaving us to not meet deadlines of May 17, 2021 – June 7, 2021 and June 8, 2021 Declared by the Courts, on Order Dated January 14th 2021 Courts refer this matter to a potential appointment of volunteer Counsel

Case 5:20-CV-02426-MAK Document 2 of 3

From our Prisoner Civil Rights Panel which was not ever provided to help aid Prisoner who is being denial of access to the Courts by Mean of No Law Library, Now Comes Petitioner in good cause to get assigned Law Library time and Cousel for legal representation in the Proceeding of this Civil Action at Stake that Alfred Hallman's Attorney's are Jamming A response to deadlines not being able to be met with A 202 pages of Summary Judgement with Discovery Exhibits.

2. A Court May appoint an Attorney to represent any unable person to afford Counsel 28 U.S.C § 1915(e)

Federal district Courts have " A good deal of discretion to determine whether representation is warranted given the nature of the case and litigants.
Chambers v. PennyCook, 641 F.3d 898, 909 (8th Cir. 2011)

Mental health detainee 28 UCS § 1915, Part 1 of 2
Gibson v. City Municipality of New York, 692 F.3d 198, 2019 U.S. App. LEXIS 17003 (2d Cir. 2012) 28 USCS 1915 Proceedings in Forma pauperis.

# Certificate of Service

I, William Omar Medina, do certify and hereby confirm that a true and correct copy of the forgoing AMENDED COMPLAINT AND EXTEND OF SUMMARY JUDGEMENT AND REQUEST OF COUNSEL REPRESENTATION has been served upon The Honorable Judge Mark A. Kearney
Kearney@pa.ed.uscourts.gov
Fax # 267-299-5023 - 267-299-7680

Clerk of Courts, EDPa
James A. Byrne U.S Courthouse
Room 2609
601 Market Street.
Philadelphia, PA 19106

Fax due to limited timing of Defendant's Attorney serving over amount of Legal documents to respond.

DATE 5/27/2021

William Medina
38 N. 4TH ST.
Allentown PA 18102
William Medina #73276

| DOC #4 | LEHIGH COUNTY |
|---|---|
| **INMATE'S REQUEST TO STAFF** | **DEPARTMENT OF CORRECTIONS** |
| *Pedida de encarcelado a empleado* | |

| TO (Name and Title of Officer) <br> PARA: *(Nombre y Titulo)* | Brian Foster | DATE <br> (FECHA) 5/27/2021 |
|---|---|---|
| BY: (Inmate Name and ID Number) <br> DE: *(Nombre y Numero)* | W. Medina #73276 | |
| QUARTERS ASSIGNMENT: <br> LOCAL DENTRO DE LA CARCEL: | ZC # 14 | |

SUBJECT: State completely but briefly the problem on which you desire assistance. Give details.
*ASUNTO: Describa completamente pero brevemente el problema con que desea asistencia. Incluya detallas.*

Please fax Judge Mark A. Kearney
at # 267-299-5023
267-299-7680
Kearney@pa.ed.uscourts.gov

Send copy and please send proof these documents were sent

T.Y.
Greatly Appreciated

WAS DENIED TO BE SENT OR COPIED
BY Email or FAX

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
*DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)*

| STAFF MEMBER | DATE |
|---|---|
| *EMPLEADO DE LA CARCEL* | *FECHA* |

NAME: William Medina #13276
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN, PA 18102-3489



LEHIGH VALLEY PA 180
28 MAY 2021 PM 3 L

U.S.M.S.
X-RAY

James A. Byrne
Clerk of Courts, EDPA
Room 2609
601 Market Street.
Philadelphia, PA 19106

19106-17325