IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM OMAR MEDINA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-2426** |
| | : | |
| **ALFRED HALLMAN** | : | |

# ORDER

**AND NOW**, this 2nd day of June 2021, upon considering the Plaintiff's Motion to amend his Complaint to challenge his present access to the law library and exercise time at the Lehigh County Prison (ECF Doc. No. 53) entirely unrelated to his claims before us, to extend his summary judgment deadline, and for the appointment of counsel, having already extended the summary judgment deadline in our May 27, 2021 Order (ECF Doc. No. 52) to **June 17, 2021** and further mindful we earlier granted Plaintiff's Motion for appointment of counsel (ECF Doc. No. 45) and finding no counsel agreed to accept the matter (ECF Doc. No. 46), it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 53) is **DENIED** as there is no basis to amend the Complaint to allege denial of access today as these issues have no nexus to the allegations in this case and there is no good cause to amend long after our December 18, 2020 amendment deadline (ECF Doc. No. 33), for an appointment of an attorney as we have previously referred this matter to our volunteer panel with no success, and having already granted Plaintiff an extension to respond to the pending Motion for summary judgment no later than **June 17, 2021** with no further extensions.

_____
**KEARNEY, J.**