IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM OMAR MEDINA | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 20-2426 |
| ALFRED HALLMAN | : | |

# ORDER

**AND NOW**, this 23rd day of June 2021, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 49), Plaintiff's response sent to Defendant but not timely filed under our May 27, 2021 Order (ECF Doc. No. 52), Defendant's Reply to the response mailed to him, independently reviewing whether there are genuine issues of material fact precluding judgment as a matter of law in Defendant's favor, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 49) is **GRANTED** as there are no genuine issues of material fact precluding judgment and dismissing Plaintiff's remaining retaliation claim requiring the Clerk of Court **close** this matter.

_____
**KEARNEY, J.**